UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES LIFE INSURANCE COMPANY
IN THE CITY OF NEW YORK,

                Plaintiff,

– against –

WILMINGTON TRUST, N.A., as Securities
Intermediary,

                Defendant.

**ORDER**

22 Civ. 0902 (ER)

Ramos, D.J.:

    On March 3, 2022, the plaintiff served defendant, Wilmington Trust, N.A., with a summons and complaint, which it was required to answer by March 24, 2022.  Doc. 5. Wilmington Trust has not yet responded.

    The plaintiff is therefore instructed to submit a status report by no later than May 2, 2022. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    April 21, 2022
             New York, New York

                                                EDGARDO RAMOS, U.S.D.J.